# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| MANUAL RAMON CIENFUEGOS | : | No. 76 WM 2020 |
| | : | |
| v. | : | |
| | : | |
| THE ROMAN CATHOLIC DIOCESE OF PITTSBURGH AND HOLY FAMILY INSTITUTE | : | |
| | : | |
| PETITION OF: THE ROMAN CATHOLIC DIOCESE OF PITTSBURGH | : | |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 18th day of November, 2020, the Application "for Extraordinary Relief and Stay Pending Outcome of Dispositive Appeal" is DENIED.